# Court of Appeals
## Tenth Appellate District of Texas

10-26-00201-CV

Marcelito Militante,
Appellant

v.

Scott and Associates, Capital One N.A.,
Appellees

On appeal from the
Precinct 2, Place 1 of Walker County, Texas
Judge Stephen P. Cole, presiding
Trial Court Cause No. 4DC25-1380

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant filed a notice of appeal directly with this Court complaining of a judgment of the justice court in a debt collection case. By letter from the Clerk of this Court dated June 23, 2026, Appellant was notified that this appeal is subject to dismissal for want of jurisdiction because this Court does not have jurisdiction of direct appeals from the justice court. Appellant was

directed to file a response with this Court showing grounds for continuing the appeal. Appellant did not respond.

Accordingly, this appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: July 16, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
CV06

